**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 7:21−cr−01772−6 |
| | § | |
| Ramiro Eden Clarke | § | |

**DEFENDANT RAMIRO EDEN CLARKE**
**NOTICE OF INTENTION TO WAIVE DETENTION HEARING**

COMES NOW, Ramiro Eden Clarke and files this Notice of Intention to Waive Detention Hearing:

I.

Notice is hereby given to the Court and counsel for the United States of America that Defendant Ramiro Eden Clarke intends to waive the detention hearing scheduled for Friday, October 8, 2021, at 11:00AM before Magistrate Judge Nadia S. Medrano. Defendant is prepared to proceed with arraignment.[1]

Respectfully submitted,

RENE P. MONTALVO, P.C.
*/S/ RENE P. MONTALVO*
SBN: 14280400
FBN: 10019
PO BOX 16
108 SPARROWS NEST (SOUTH)
RIO GRANDE CITY, TX 78582
TEL: 956.488.1266
FAX: 956.488.0480

**CERTIFICATE OF SERVICE**

AUSA in this case and all other counsel and parties in this cause were served with notice of this instrument filing pursuant to ECF electronic notice on the 7th day of October 2021.

RENE P. MONTALVO, P.C.
*/S/ RENE P. MONTALVO*

---

[1] Counsel for Defendant traveled to and personally conferenced with Ramiro Eden Clarke at East Hidalgo Detention Center early on Wednesday morning, October 6, 2021.